IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| CARLOS MILLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 3:16-00688-RJC-DSC |
| ) | |
| ANDREW M. SAUL, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Plaintiff's counsel has filed a motion for approval of attorney fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), in the amount of $15,784.00. Attorney fees awarded under 42 U.S.C. § 406(b) may not exceed twenty-five per cent of the claimant's past-due benefits. Plaintiff was previously awarded attorney fees under the Equal Access to Justice Act 28 U.S.C. § 2412, in the amount of $5,129.55. Defendant filed a response stating that under *Gisbrecht v. Barnhart*, 535 U.S. 789 (2002), it is the duty of the Court to determine a reasonable fee.

It is therefore ORDERED that Plaintiff's counsel be awarded fees under 42 U.S.C. § 406(b) in the amount of $15,784.00. Plaintiff's counsel shall refund to Plaintiff the difference between this amount and the fee that previously was received under the EAJA.

**SO ORDERED**.

Signed: March 4, 2021

David S. Cayer
United States Magistrate Judge